```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

**MARY KATHARINE AVERY,**           \*
                                     \*
    **Plaintiff,**              \*
                                     \*
v.                                   \* CIVIL ACTION 24-00094-KD-B
                                     \*
**SOUTHERN NATURAL GAS COMPANY,**    \*
**LLC.,** *et al.***,**              \*
                                     \*
    **Defendants.**             \*

## ORDER

Based upon counsel's representations at the Rule 16 Scheduling Conference on June 4, 2024, the undersigned hereby **ORDERS** the parties and their counsel to engage in mediation in good faith pursuant to the procedures and principles set forth in the Alternative Dispute Resolution Plan ("ADR") for the Southern District of Alabama. The Court further **ORDERS** that the parties are to abide by the ADR Plan and are to fulfill the respective duties and obligations imposed upon them by said Plan.

1. Within seven (7) days of the date of this Order, Charles Fleming, the parties' jointly selected mediator, shall file a written acknowledgment that he will abide by this Order and all provisions of the Court's ADR Plan.

2. The fee of the mediator shall be promptly paid in accordance with the parties' fee agreement with the mediator.

3. The parties and their counsel are to be personally present

for the mediation.[1] In the case of a corporate entity, an authorized representative of the corporation who has final settlement authority is to be present. Failure of any of the parties to attend the mediation conference absent leave of Court shall result in sanctions.

    4. Within five (5) days of the conclusion of the mediation, the parties shall file a joint statement notifying the Court of the outcome of the mediation.

    5. The mediation shall be concluded by **July 19, 2024.**

    **ORDERED** this **5th** day of **June 5, 2024.**

                                              /s/SONJA F. BIVINS
                                        **UNITED STATES MAGISTRATE JUDGE**

---

[1] Any appearance by video or telephone shall be with the consent of all parties and the mediator.