IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARY KATHARINE AVERY,** ) | |
| ) | |
| Plaintiff, ) | **CASE NO.: 2:24-cv-00094** |
| ) | |
| v. ) | |
| ) | |
| **SOUTHERN NATURAL GAS** ) | |
| **COMPANY, LLC, et al.,** ) | |
| ) | |
| Defendants ) | |

### NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Comes now Plaintiff Mary Katharine Avery, by and through undersigned counsel, provides notice that she accepts and does accepts Defendants' Offer of Judgment to Plaintiff, dated April 24, 2025,[1] and filed April 30, 2025 (Doc. 37). Undersigned counsel has conferred with Defendants' counsel, and Defendants do not object to this acceptance. Plaintiff respectfully requests any relief to which she may be entitled, premises considered.

Respectfully submitted,

*Attorney for Plaintiff*

*/s/ Joseph S. Dennis*
JOSEPH S. DENNIS
Taylor Martino, PC
P. O. Box 894
Mobile, Alabama 36601
(251) 433-313
joseph@taylormartino.com

---

[1] The Offer of Judgment is dated April 24, 2025, and Defendants agreed to extend the deadline to respond to today, May 12, 2025.

**CERTIFICATE OF SERVICE**

  I hereby certify that I have served a copy of the foregoing document upon all counsel of record via CM/ECF electronic transmission and/or by emailing same this the 12th day of May, 2025.

                 */s/ Joseph S. Dennis*
                 *OF COUNSEL*