# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

**MARY KATHARINE AVERY,**

    **Plaintiff,**

**v.**

**SOUTHERN NATURAL GAS COMPANY, LLC,** *et al.*

    **Defendants.**

**Civil Action No. 2:24-cv-00094 KD-B**

---

## MOTION TO STRIKE/WITHDRAW MOTION TO COMPEL AND MOOT NEED FOR TRANSCRIPT OF TELEPHONIC CONFERENCE

---

**COME NOW, DEFENDANTS**, by and through their undersigned counsel to move this Court to strike the previously-filed motion to compel (Doc. 36) from the record of this case, to hold same for naught, and to advise that the transcript from the telephonic hearing of May 2, 2025, is moot in light of the notice of accepted offer of judgment filed this same day.

1. Plaintiff has accepted Defendants' Offer of Judgment.

2. Accordingly, all that civil procedure which relates to topics in the motion to compel (Doc. 36) is moot.

3. Defendants respectfully move to strike from the record and withdraw the motion to compel.

4. Defendants respectfully submit that a transcript of the telephonic conference of May 2, 2025 (as contemplated in Doc. 41), is no longer needed, in the event this development allows Ms. Cheryl Powell to focus on more pressing matters.

5. Defendants thank the Court for all judicial courtesies extended during this litigation and appreciate the Court's assistance in resolving this matter.

6. Counsel for all parties have conferred and Plaintiff does not object to this request.

**WHEREFORE, PREMISES CONSIDERED,** the Defendants respectfully pray for an Order deeming the motion to compel struck, withdrawn, and held for naught, and noting that the filing of the official transcript of the May 2, 2025, is no longer needed.

Respectfully submitted,

*/s/ Jerome C. Chapman IV*
GREGORY H. HAWLEY (ASB-8552-L69G)
JOHN S. JOHNSON (ASB-7114-H67J)
W. ALAN DUKE, JR. (ASB-6099-E60D)
JEROME C. CHAPMAN IV (ASB-2364-O42H)
*Attorneys for Defendants*

**OF COUNSEL:**
HAND ARENDALL HARRISON SALE LLC
1801 5th Avenue North, Suite 400
Birmingham, AL 35203
Telephone:  (205) 324-4400
Facsimile:  (205) 322-1163
E-mail:  ghawley@handfirm.com
jjohnson@handfirm.com
aduke@handfirm.com
jchapman@handfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2025 I have electronically filed the foregoing with the Clerk of Court using the CF/ECM System which will serve all attorneys of record, and/or served the following by U.S. mail, postage prepaid and properly addressed, and/or by electronic mail:

Joseph S. Dennis, Esq.
Taylor Martino, PC
Post Office Box 894
Mobile, Alabama 36601
*Attorneys for Plaintiff*

/s/ *Jerome C. Chapman IV*
Of Counsel