IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY KATHARINE AVERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION No. 2:24-00094-KD-B |
| ) | |
| SOUTHERN NATURAL GAS COMPANY, ) | |
| LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

This action is before the Court on Plaintiff Mary Katharine Avery's Notice of Acceptance of Offer of Judgment. (Doc. 42). On April 30, 2025, Defendants Southern Natural Gas Company, LLC, Kinder Morgan, Inc., and Kinder Morgan SNG Operator, LLC filed an offer of judgment to Avery in the amount of $30,000 to resolve all claims against Defendants with each party to bear their litigation costs. (Doc. 37). Plaintiff accepted the Offer on May 12, 2025.[1] (Doc. 42).

Pursuant to Fed. R. Civ. P. 68, upon filing of the Acceptance of an Offer of Judgment with proofs of service, "[t]he clerk must then enter judgment." Fed. R. Civ. P. 68(a).

Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that Judgment is **GRANTED** in favor of Plaintiff Mary Katharine Avery. Plaintiff Mary Katharine Avery shall recover from Defendants Southern Natural Gas Company, LLC, Kinder Morgan, Inc., and Kinder Morgan SNG Operator, LLC the sum of $30,000. The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58.

---

[1] Rule 68(a) of the Federal Rules of Civil Procedure provides that the offer of judgment must be accepted within 14 days of service. Fed. R. Civ. P. 68(a). Defendants' Offer of Judgment is dated April 24, 2025 but was filed on CM/ECF on April 30, 2025. (Doc. 37). Avery accepted the Offer of Judgment on May 12, 2025 after Defendants agreed to extend the deadline to that date. (Doc. 42).

**DONE** and **ORDERED** this **17th** day of **June 2025**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**